UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA KULISZ; SHAHAR KENAN,

Plaintiffs,

-against-

THE CITY OF NEW YORK; JOHN DOE
NYPD OFFICERS 1-10,

Defendants.

26-cv-00981 (JLR)

ORDER OF SERVICE

JENNIFER L. ROCHON, United States District Judge:

Plaintiffs, who are appearing *pro se*, bring this action under 42 U.S.C. § 1983, alleging

violations of their rights under the Fourth and Fourteenth Amendments. By order dated February

5, 2026, the Court granted Plaintiffs' requests to proceed *in forma pauperis* ("IFP"), that is,

without prepayment of fees.

## DISCUSSION

### A.      Doe Police Officers

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court

in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiffs supply

sufficient information to permit the New York City Police Department (NYPD) to identify the

John or Jane Doe Officers who came to their residence on Manhattan's upper east side on

January 17, 2025.

It is therefore ordered that the New York City Law Department, which is the attorney for

and agent of the NYPD, must ascertain the identity and badge number of each Doe NYPD

Officer whom Plaintiffs seek to sue here and the address where each defendant may be served.

The New York City Law Department must provide this information to Plaintiffs and the Court

within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiffs must file an amended complaint naming the Doe defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form for Plaintiffs to complete after receiving this information is attached to this order. Once Plaintiffs have filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order asking Defendants to waive service.

**B.**     **Waiver of Service on City of New York**

The Clerk of Court is directed to electronically notify the NYPD and the New York City Law Department of this order. The Court requests that Defendant City of New York waive service of summons.

**CONCLUSION**

The Clerk of Court is directed to mail an information package to Plaintiffs.

The Clerk of Court is further directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Defendant City of New York waive service of summons and that the New York City Law Department respond as directed to the *Valentin* order.

An "Amended Complaint" form is attached to this order.

SO ORDERED.

Dated:    February 6, 2026
          New York, New York

_____
JENNIFER L. ROCHON
United States District Judge