UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA KULISZ and SHAHAR KENAN
Plaintiffs,
-against-
THE CITY OF NEW YORK, et al.,
Defendants.

26-CV-0981 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I will accommodate Plaintiffs' request for reasonable accommodations (ECF 27) by holding conferences in this case remotely and providing Plaintiffs access to the conferences via the Internet since Plaintiffs have informed the Court they do not have a reliable working telephone line. In addition, each party may submit its own proposed case management order in advance of the initial case management conference, rather than submitting a joint proposed case management order.

On August 7, 2026, at 10:30 AM, Plaintiffs are directed to join the Initial Case Management Conference using the following information:

- Link: https://teams.microsoft.com/meet/27410603873194?p=TxtVQMkPr0sFgiD2Dm
- Meeting ID: 274 106 038 731 94
- Passcode: Y9DS3ep3

If Plaintiffs have questions about this Order, filing papers in this judicial district, or any procedural matters, they should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with their case.

The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. If Plaintiffs would like legal assistance, she should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiffs have questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

The Clerk of Court is respectfully requested to terminate ECF 27.

DATED: July 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**