UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—-------------------------------------------------------------X
MAGDALENA KULISZ and SHAHAR KENAN,
Plaintiffs Pro Se,

-v. Case No. 1:26-cv-00981-JLR-RFT

THE CITY OF NEW YORK, et al.,
Defendants.
—-------------------------------------------------------------X

**PLAINTIFFS' LETTER-MOTION REGARDING ISSUANCE OF SUMMONSES, SERVICE, AND RESPONSE DEADLINES FOR THE INDIVIDUAL NYPD DEFENDANTS**

Plaintiffs' letter-motion (ECF 29) is **GRANTED IN PART** and **DENIED IN PART**. I will issue a separate order directing issuance of summonses for the individual defendants and starting the process for service or waiver of service for those individual defendants. Plaintiffs' time to serve the individual defendants is extended until **October 15, 2026**. It is typically the practice of the City to make decisions about whether to represent individual defendants after service has been effected or waiver of service provided. The time for the individual defendants to respond to the complaint is extended until **October 14, 2026**; the deadline for the individual defendants to respond to the first amended complaint will depend on the date(s) they are served or waive service. The Clerk of Court is respectfully requested to terminate ECF 29.

Dated: July 20, 2026
New York, NY

SO ORDERED
[signature]
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Kulisz et al. v. The City of New York et al., No. 1:26-cv-00981-JLR-RFT

Dear Judge Tarnofsky:

1. Plaintiffs Magdalena Kulisz and Shahar Kenan, appearing pro se, respectfully submit this letter-motion concerning issuance of summonses, service, and response deadlines for the individual NYPD defendants identified through the Court's Valentin procedure and named in Plaintiffs' First Amended Complaint.

2. On May 22, 2026, Defendant City of New York filed its response to the Court's Valentin Order, identifying NYPD personnel connected to the January 17, 2025 incident and providing work addresses at which those individuals may be served. See ECF No. 20.

3. Plaintiffs thereafter filed their First Amended Complaint, docketed as ECF No. 21, naming the following individual defendants:

a. Police Officer Rubenia Canas;

b. Police Officer Anthony Mehale;

c. Police Officer Tiffany Moran; and

d. Lieutenant Alexander Avdic.

4. The City of New York filed an Answer to the First Amended Complaint on July 1, 2026. Based on Plaintiffs' review of the docket, however, no summonses have been issued for the four individual defendants, no proof or waiver of service has been filed, and none of the individual defendants has separately appeared or responded.

5. Plaintiffs have been authorized to proceed in forma pauperis. Accordingly, pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d), Plaintiffs respectfully request that the Court direct:

   a. the Clerk of Court to issue summonses for Officers Canas, Mehale, and Moran and Lieutenant Avdic; and

   b. the United States Marshals Service to serve each individual defendant with the applicable summons and First Amended Complaint at the work addresses provided in the City's Valentin response, ECF No. 20.

6. Plaintiffs further respectfully request that counsel for the City advise whether counsel presently represents any of the four individual defendants and whether counsel is authorized to accept or waive service on behalf of any of them. If City counsel is not authorized to accept or waive service, Plaintiffs request that service proceed through the United States Marshals Service.

7. Plaintiffs have not received instructions directing them to prepare proposed summonses, USM-285 forms, or other service paperwork. Plaintiffs stand ready to complete and promptly submit any forms required by the Clerk of Court, the Court, or the United States Marshals Service. Plaintiffs respectfully request that the Court or Clerk advise them of any additional forms or steps required for service.

8. To the extent necessary, Plaintiffs also respectfully request that the Court extend the time for service under Federal Rule of Civil Procedure 4(m) for ninety days from the entry of an order directing service, or for such other period as the Court deems appropriate. Plaintiffs timely filed the First Amended Complaint after receiving the Valentin information and have acted diligently in seeking service of the newly named defendants. Plaintiffs respectfully request that they not be prejudiced by any administrative delay in issuing summonses or completing service through the United States Marshals Service.

9. Plaintiffs further request clarification that:

   a. the individual defendants' time to answer or otherwise respond will run from their respective service, waiver of service, or appearance, as applicable;

   b. the City's July 1, 2026 Answer does not constitute an appearance or response by an individual defendant unless City counsel confirms that it was filed on that defendant's behalf; and

   c. deadlines uniquely affecting the unserved individual defendants will be calculated in a manner that does not prejudice Plaintiffs before those defendants have been served and brought before the Court.

10. Plaintiffs are not requesting an adjournment of the Initial Case Management Conference presently scheduled for August 7, 2026. Plaintiffs will continue preparing the proposed case-management plan and complying with the Court's existing deadlines while service issues are addressed.

11. This request is not made for delay. Plaintiffs seek prompt service and procedural clarification so that all identified defendants may be properly brought before the Court and the action may proceed in an orderly manner.

12. Accordingly, Plaintiffs respectfully request that the Court:

    a. direct issuance of summonses for the four individual NYPD defendants;

    b. direct service by the United States Marshals Service;

c. request that City counsel state whether counsel represents or is authorized to accept or waive service for any individual defendant;

d. advise Plaintiffs of any service forms or additional steps they must complete;

e. extend the Rule 4(m) service period to the extent necessary; and

f. clarify the procedural status and response deadlines of the individual defendants.

July 17, 2026

Respectfully submitted,

/s/ Magdalena Kulisz
Magdalena Kulisz

/s/ Shahar Kenan
Shahar Kenan

Plaintiffs Pro Se
Email: missimmigrantusa@gmail.com
Telephone: Not in service
Confidential temporary mailing address previously provided to the Court

cc: Anumeha Tanya, Senior Counsel
New York City Law Department
Counsel for Defendant City of New York
Via ECF and email