UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA KULISZ and SHAHAR KENAN

Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

26-CV-0981 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiffs, who are appearing without a lawyer (pro se), bring this action under 42 U.S.C. § 1983, alleging that the City of New York and members of the New York City Police Department ("NYPD") violated Plaintiffs' Fourth and Fourteenth Amendment rights when they searched and seized Plaintiffs' apartment during a wellness check on January 17, 2025. (*See generally* ECF 1, Compl.) By order dated February 5, 2026, the Court granted Plaintiffs' requests to proceed in forma pauperis ("IFP"), that is, without prepayment of fees. (*See* ECF 11, Order.)

Because Plaintiffs have been granted permission to proceed IFP, they are entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the Court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).[1]

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiffs are proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

On July 28, 2026, the Clerk of Court issued summonses and delivered to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants PO Rubenia Canas, Tax Registry No. 976507; LT Alexander Avdic, Tax Registry No. 950033; PO Anthony Mehale, Tax Registry No. 974342; and PO Tiffany Moran, Tax Registry No. 975040 through the U.S. Marshals Service. (*See* ECF 34.)

As of the date of this order, no affidavits of service have been filed on the docket.

**WAIVER OF SERVICE**[2]

The Clerk of Court is directed to electronically notify the NYPD and the New York City Law Department of this order. The Court requests that LT Alexander Avdic, Tax Registry No. 950033; PO Anthony Mehale, Tax Registry No. 974342; and PO Tiffany Moran, Tax Registry No. 975040 waive service of summons.

**CONCLUSION**

The Clerk of Court is directed to electronically notify the NYPD and the New York City Law Department of this order. The Court requests that Defendants LT Alexander Avdic, Tax Registry No. 950033; PO Anthony Mehale, Tax Registry No. 974342; and PO Tiffany Moran, Tax Registry No. 975040 waive service of summons.

DATED: September 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

---

[2] The Court understands that Rubenia Canas recently resigned from the NYPD, and therefore Rubenia Canas is not included herein. (*See* ECF 45.)