UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENA KULISZ and SHAHAR KENAN

Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

26-CV-0981 (JLR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 28, 2026, Plaintiffs filed the complaint. (ECF 1.) On the same day, Plaintiff requested to proceed in forma pauperis ("IFP"). (ECF 2.) On July 10, 2026, the case was referred to me by the Honorable Jennifer L. Rochon for general pretrial supervision. (ECF 25.) On July 20, 2026, I granted an extension of Plaintiffs' time to serve the individual defendants until October 15, 2026. (ECF 31.) On the same day, I granted Plaintiff's IFP application. (ECF 33.) On July 28, 2026, a summons was issued to the individual defendants and a service package was delivered through the U.S. Marshals Service. (ECF 34). On October 5, 2026, Defendants filed a letter explaining that individual defendant Rubenia Canas no longer works for the New York Police Department and providing an address where Ms. Canas may be served. (ECF 51.) On October 6, 2026, I issued a new order of service for Ms. Canas. (ECF 52.) On October 15, 2026, a new summons was issued to Ms. Canas and a service package was delivered through the U.S. Marshals Service. As of the date of this order, no proof of service of the summons and complaint has been filed on the docket for Ms. Canas.

Accordingly, Plaintiff's deadline to effect service on individual defendant Rubenia Canas and to file proof of service is extended retroactively (nunc pro tunc) until **November 16, 2026.** Defendant Rubenia Canas' response to the complaint shall be due on **December 10, 2026**.

DATED: October 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**