**PLAINTIFFS' LETTER-MOTION TO MODIFY ECF NO. 39 (CITY CONSENTS)**

Kulisz et al. v. City of New York et al.
No. 1:26-cv-00981-JLR-RFT
Date: November 2, 2026

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

Application GRANTED. All written-discovery response deadlines shall be extended until **December 18, 2026,** and the deadlines to amend the pleadings and join additional parties are extended until **30 days** after the last individual defendant has appeared and responded to the First Amended Complaint.

The Clerk of Court is respectfully requested to terminate ECF 54.

Dated: November 5, 2026
New York, NY

SO ORDERED
[signature]
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re: Kulisz et al. v. City of New York et al., No. 1:26-cv-00981-JLR-RFT
Plaintiffs' Letter-Motion to Modify ECF No. 39 (City Consents)

Dear Judge Tarnofsky:

Plaintiffs Magdalena Kulisz and Shahar Kenan, proceeding pro se and in forma pauperis, respectfully move under Federal Rule of Civil Procedure 16(b)(4) for a limited modification of the Case Management Plan and Scheduling Order entered at ECF No. 39. This is Plaintiffs' first request to modify the particular deadlines addressed below. Defendant City of New York consents to the requested extensions, as confirmed by Senior Counsel Anumeha Tanya in an email dated October 30, 2026. A copy of that consent is attached as Exhibit A.

The present schedule creates a sequencing problem. ECF No. 39 sets November 16, 2026 as the deadline both to amend the Complaint and to join additional parties. ECF No. 50, however, gives Officers Anthony Mehale and Tiffany Moran until November 30, 2026 to answer or otherwise respond to the First Amended Complaint. Service on former Officer Rubenia Canas remains in progress under ECF No. 52. Plaintiffs therefore would have to decide whether to amend before receiving the initial positions of all individual defendants.

The same incident, witnesses, body-worn-camera recordings, communications, and related records are substantially common to the claims against the City and the individual officers.

Plaintiffs seek to review the individual defendants' answers, Rule 12 motions, or other initial responses before deciding whether one further amendment is warranted, rather than filing piecemeal amendments as defendants enter the case. A coordinated schedule will also reduce duplicative written discovery and deposition scheduling.

With respect to written discovery, ECF No. 39 provides that its interim discovery deadlines may be extended by consent without application to the Court so long as the February 25, 2027 fact-discovery deadline is preserved. ECF No. 39 presently states that responses to initial Requests for Production are due November 5, 2026, while other written-discovery responses served in early October are also presently due in early November under the Federal Rules. In her October 30 email, defense counsel consented to extending the presently pending written-discovery response dates and specifically proposed December 18, 2026, or a later date as the Court may deem fit. Counsel referred in that email to a "November 6th" date; Plaintiffs respectfully rely on ECF No. 39 for the Court-ordered November 5 date and seek this letter-order to eliminate any ambiguity.

Plaintiffs respectfully request that the Court order the following limited modifications:

1. Written discovery. All presently pending written-discovery response deadlines, including responses and objections to interrogatories and Requests for Production served by the parties in October 2026, are extended through December 18, 2026. All discovery already served remains operative; only the response dates are extended.

2. Amendment and joinder. The November 16, 2026 deadlines to amend the pleadings and join additional parties are extended until 30 days after the last individual defendant has appeared and answered or otherwise responded to the First Amended Complaint, or to such other date as the Court deems appropriate.

3. Coordinated discovery. Discovery already exchanged between Plaintiffs, the City, and

Lieutenant Alexander Avdic is preserved, and the remaining individual defendants may be integrated into the same coordinated discovery track as they appear and respond.

4. Other deadlines. No change is requested at this time to the February 25, 2027 deadline for completion of fact discovery and depositions or the March 29, 2027 expert-discovery deadline. The parties may promptly advise the Court if the remaining service or pleading posture later makes a further adjustment necessary.

Good cause exists because the current amendment/joinder deadline precedes the response deadline of two individual defendants and service remains pending as to a third. The requested modification is consented to by the City, preserves the existing fact-discovery completion date, and promotes an orderly, nonduplicative discovery process. Plaintiffs also rely on written communications as a disability-related accessibility accommodation, and a single coordinated schedule will materially reduce unnecessary administrative burden.

Defense counsel expressly advised Plaintiffs on October 30, 2026: "You may file your letter noting City's consent as specified above." Plaintiffs therefore respectfully request that the Court grant the limited modifications set forth above.

Respectfully submitted,

/s/ Magdalena Kulisz
Magdalena Kulisz
Plaintiff Pro Se
Email: civicidentitygmail.com
Mailing address: on file with the Court
Telephone: not in service

/s/ Shahar Kenan
Shahar Kenan
Plaintiff Pro Se
Email: missimmigrantusa@gmail.com
Mailing address: on file with the Court
Telephone: not in service

**EXHIBIT A**
**October 30, 2026 Email from Defense Counsel Confirming Consent**

From: Tanya, Anumeha <atanya@law.nyc.gov>
To: Miss Immigrant USA <missimmigrantusa@gmail.com>
Date: October 30, 2026, 9:21 PM EDT
Subject: RE: [EXTERNAL] Kulisz v. City of New York, 1:26-cv-00981-JLR-RFT — Rule 26(f) Conference and Proposed Case Management Plan- Draft for Review - Due 8.14
Gmail ID: Message 1a18f8c2c5a7d2a2; Thread 19ff7445d30ca994

Email body (prior quoted thread omitted):

Good evening Ms. Kulisz, Mr. Kenan,

City consents to plaintiff's request that the November 16, 2026 amendment and joinder deadline be extended until a reasonable period after the individual defendants have appeared and answered or otherwise responded. And that the presently pending written-discovery response dates are extended while the parties and Court establish a coordinated case management plan including written discovery and depositions. Specifically, the November 6th date for parties to exchange their written discovery be extended to December 18, 2026 or to a later date as the court may deem fit. You may file your letter noting City's consent as specified above.

Thanks for reaching out. My apologies for the late email.

Anumeha Tanya
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
atanya@law.nyc.gov

Note: Exhibit A reproduces the October 30, 2026 reply body and identifying header information from the verified Gmail message. The lengthy prior quoted email chain is omitted for readability.